IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROLLO PRINCE,

    Petitioner,

v.

                            Case No. 22-cv-18-jdp

MICHAEL MEISNER,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Rollo Prince's petition for writ of habeas corpus under 28 U.S.C. § 2254 without prejudice.

| /s/ | January 11, 2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |